**RESIDENCES AT OCEAN GRANDE, INC., Plaintiff–Appellant,**

v.

**ALLIANZ GLOBAL RISKS U.S. IN-SURANCE COMPANY, f.k.a. Allianz Insurance Company, Defendant–Appellee.**

No. 09–15145.

United States Court of Appeals, Eleventh Circuit.

May 18, 2010.

Zorian Ihor Sperkacz, Childress, Duffy & Goldblatt, LTD., North Miami, FL, for Plaintiff–Appellant.

James V. Chin, Robins Kaplan Miller & Ciresi LLP, Heidi H. Raschke, Robert W. Fisher, Atlanta, GA, for Defendant–Appellee.

Before BIRCH and MARCUS, Circuit Judges, and HODGES,[*] District Judge.

PER CURIAM:

In this insurance dispute, plaintiff the Residences at Ocean Grande, Inc. (ROG), appeals the grant of summary judgment in favor of defendant Allianz Global Risks U.S. Insurance Co. (Allianz). The district court had granted final summary judgment in favor of Allianz because ROG's claim for reimbursement was foreclosed both by the insurance contract's fungi exclusion endorsement and by its defective materials exclusion. We affirm the entry of final judgment in favor of Allianz. We do so

based on the well-reasoned and thorough order of the district court, dated September 9, 2009, and the Report and Recommendation of the magistrate judge, dated June 3, 2008, and adopted by the district court on July 3, 2008.

**AFFIRMED.**